UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE RALPH MARQUEZ, | CASE NO. ED CV 10-1384-DOC (PJW) |
| Petitioner, | |
| v. | J U D G M E N T |
| EDMUND BROWN, | |
| Respondent. | |

Pursuant to the Order Accepting Findings, Conclusions, and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the Petition is denied and this action is dismissed with prejudice.

DATED:   <u>March 8, 2012</u>.

*David O. Carter*
_____
DAVID O. CARTER
UNITED STATES DISTRICT JUDGE

C:\Temp\notesE1EF34\Marquez Judgment.wpd